UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KULLEN COLLINS | * | CIVIL ACTION NO: |
| VERSUS | * | JUDGE |
| DELTA SOUTHERN RAILROAD INC. | * | MAG. JUDGE |

*******************************************

## COMPLAINT

The complaint of Kullen Collins against defendant, Delta Southern Railroad, Inc. respectfully represents upon information and belief as follows:

1.

Plaintiff, Kullen Collins, is a person of full age of majority domiciled in the State of Louisiana who at all material times was employed by defendant, Delta Southern Railroad, Inc., a common carrier railroad engaged in interstate commerce. Plaintiff's claims herein arise under the Federal Employer's Liability Act, 45 U.S.C. §51 *et seq.*

2.

On September 25, 2013 plaintiff, Kullen Collins, while in the course and scope of his employment in interstate commerce with defendant, Delta Southern Railroad, Inc. suffered injuries to his person, specifically injuries to his lower back and spine when he and one other employee were replacing railroad ties while repairing track. Defendant failed to provide the proper number of workers for the task, failed to provide tie tongs and pneumatic tools to drive

spikes and otherwise failed to provide a safe place to work.  Plaintiff was treated by a physician provided by his employer and released to return to work.

3.

Thereafter, on September 27, 2013 plaintiff, again while in the course and scope of his employment in interstate commerce with defendant, Delta Southern Railroad, Inc. suffered injuries to his person, specifically injuries to his head, right knee, lower back and spine when while riding as a passenger he was thrown from a backhoe used by defendant to perform track maintenance when the backhoe struck a defective piece of track, upon information and belief a defective angle bar or track joint.  Plaintiff was treated for head, right knee and back injuries at St. Francis Medical Center and is being treated by an orthopedic surgeon. Plaintiff has undergone surgery to the right knee and surgery to the lumbar spine has been recommended.

4.

The accidents and injuries were caused by the negligence of defendant, Delta Southern Railroad, Inc., its agents, servants, and/or employees in the following non-exclusive particulars:

    a.    Failing to provide a safe place to work;

    b.    Failing to provide appropriate tools, manpower, equipment and appliances;

    c.    Providing defective equipment and track, particularly the backhoe and track in question;

    d.    All other acts, evidence of fault, omission or commission which may become apparent through the course of discovery or which may be proved at trial.

5.

Due to the injuries sustained by claimant, he is currently disabled from returning to his prior occupation, has been caused to suffer past and future mental anguish, pain, disability, loss of income and loss of enjoyment of life and has and will incur medical expenses.  Plaintiff seeks damages as best as can be estimated at this time of a sum up to $750,000.00.  Plaintiff reserves the right to supplement and/or amend this Complaint in order to more accurately reflect the damages sustained herein as they become more apparent and determinable.

6.

Plaintiff demands a trial by jury.

WHEREFORE, plaintiff, Kullen Collins prays for judgment after a trial by jury against defendant, Delta Southern Railroad, Inc. for damages of $750,000.00 with interest from date of injury, costs and any other relief to which petitioner may be entitled.

Covington, Louisiana this 20th day of June, 2014.

                                            Respectfully submitted,

/s/ *Franklin G. Shaw*
Franklin G. Shaw, Bar No. 1594
Walter J. Leger, Jr. Bar No. 88278
LEGER & SHAW
512 E. Boston Street
Covington, LA 70433
Telephone 985-809-6625
Facsimile  985-809-6626

And

                                James R. Herron, La. Bar No. 06833
                                310 Pine Street
                                Monroe, LA 71201
                                Telephone (318) 325-0082
                                Facsimile (318) 325-0125

**PLEASE SERVE DEFENDANT:**

Delta Southern Railroad, Inc., through its agent for service of process:

William Wainwright
Delta Southern Railroad, Inc.
Madison Parish Port Road
Tallulah, LA 71282